## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| LAURA PARKHILL, | Civil No. 09-1006 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| KROLL ONTRACK, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

___

Eric Satre, **JONES SATRE & WEIMER PLLC**, 7900 Xerxes Avenue South, Suite 820, Bloomington, MN 55431; Paul Lelii, **ATTORNEY AT LAW**, 325 Cedar Street, Suite 300, St. Paul, MN 55101, for plaintiff.

Andrew Voss and Rhiannon Beckendorf, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402**,** for defendant.


Based upon the parties' stipulation for dismissal with prejudice [Docket No. 10], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the claims alleged by Plaintiff Laura Parkhill are **DISMISSED WITH PREJUDICE,** and without costs to either party.

Let judgment be entered accordingly.


DATED: July 27, 2009
at Minneapolis, Minnesota.

                                                        s/John R. Tunheim
                                                        JOHN R. TUNHEIM
                                                 United States District Judge